# IN THE US DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **SARAH BETH NELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NUMBER:** |
| **v.** ) | |
| ) | |
| **RUTH STAR, INC.,** ) | |
| **d/b/a DANIEL TRUCKING,** ) | |
| **MELAKU DEMIS,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL

COMES Now Defendants Ruth Star, Inc. d/b/a Daniel Trucking and Melaku Demis in the above-styled lawsuit and pursuant to 28 U.S.C. §1332, 28 U.S.C. 1441 and 28 U.S.C. §1446, files its Notice of Removal of this cause from the Circuit Court for Colbert County, Alabama, to the United States District Court for the Northern District of Alabama, Northwestern Division. As grounds for the removal of this cause, Defendants show unto the Court as follows:

1. On August 24, 2018, Plaintiff commenced this action in the Circuit Court for Colbert County, Alabama. True and correct copies of all documents filed in the state court lawsuit are attached hereto as Exhibit A.

2. Plaintiff states in her Complaint that she is a resident of Mississippi. (Exhibit A, at Complaint, ¶1). The Complaint makes no specific monetary demand,

but rather demands judgment "in an amount to be determined by the trier of fact, plus court costs." (Exhibit A, at Complaint, ¶8, 10, 12).

3. Ruth Star, Inc. was served with the Summons and Complaint on December 20, 2018 (Exhibit A at Return on Service), and filed its Answer to Plaintiff's Complaint on January 15, 2019 (Exhibit A at Answer).

4. Melaku Demis was served with the Summons and Complaint on December 24, 2018 (Exhibit A at Return on Service), and filed his Answer to Plaintiff's Complaint on January 15, 2019 (Exhibit A at Answer).

5. Defendant Melaku Demis is a resident citizen of Texas (Exhibit B).

6. Plaintiff alleges Defendant Ruth Star, Inc. "is a trucking firm in Texas." (Exhibit A, at Complaint, ¶3), and served Defendant Ruth Star, Inc. with the Summons and Complaint at its principal location in Wylie, Texas (Exhibit A at Service Return, document 11).

7. Complete diversity of citizenship exists in this matter. See 28 U.S.C. §1332.

8. While Plaintiff's Complaint makes no specific damage demand, Plaintiff alleges she suffered "major damage to the car and traumatic injuries to Sarah," including "physical pain and mental anguish, permanent injuries, loss of enjoyment of life, and medical expenses, and she will continue to incur physical pain and mental anguish, permanent injuries, and loss of enjoyment of life, in the future. (Exhibit A, at Complaint, ¶ 6, 8). Plaintiff's complaint further alleges claims for punitive

damages. (Exhibit A, at Complaint, ¶12).  Plaintiff has made a post-complaint settlement demand in the amount of $95,000.00[1] (Exhibit C).  Plaintiff's demand was mailed to the undersigned by regular mail on March 8, 2019, and was received by the undersigned on March 13, 2019.  The amount in controversy in this case, exclusive of interest and costs, is therefore clearly in excess of $75,000.00, and removal is warranted. See 28 U.S.C. §1332.

9. Based upon diversity of citizenship and the amount in controversy, this Court has original jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

10. Both defendants are represented by the undersigned and consent to the removal of this matter.

11. Pursuant to 28 U.S.C. §1446(b), the removal of this cause to this Court is timely, as the case became removable on March 13, 2019, based upon a post-suit demand by plaintiff's counsel in excess of $75,000.

13. Pursuant to 28 U.S.C. §1446(d), Defendant shall give written notice of this removal to the Plaintiff's attorney and also file a copy of said Notice with the Clerk of the Circuit Court for Colbert County.

---

[1] Defendant offers the Plaintiff's offer of compromise for the sole purpose of showing the amount in controversy.  Fed.R.Evid. 408 does not prohibit the introduction of offers of compromise for the purpose of determining the amount in controversy for removal.

14. As required by 28 U.S.C.§1441, the Defendant seeks to remove this case to the United States District Court for the Northern District of Alabama, Northwestern Division, which is the District Court embracing the place where the state court lawsuit has been filed.

WHEREFORE, the above premises having been considered, Defendants request this Court make and enter proper orders to effectuate the removal of this cause from the Circuit Court of Colbert County, Alabama to the United States District Court for the Northern District of Alabama, Northwestern Division, and that no further or other proceedings shall be had with respect to this cause in the Circuit Court for Colbert County, Alabama.

Respectfully submitted,

s/Todd N. Hamilton
Todd N. Hamilton ASB-4319-m67t
Todd@ssp-law.com

s/Thomas M. Little
Thomas M. Little ASB-2381-e68t
Thomas@ssp-law.com

SMITH, SPIRES, PEDDY,
 HAMILTON & COLEMAN, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642

## CERTIFICATE OF SERVICE

     I certify that on April 10, 2019, a copy of the foregoing has been sent via U.S. Mail to all concerned parties and/or counsel for concerned parties.

John M. Kennemer
106 West Second Street
Tuscumbia, Alabama 35674

                                              s/Thomas M. Little
                                              OF COUNSEL