# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **SARAH BETH NELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| **v.** ) | **3:19-cv-00550-AKK** |
| ) | |
| **RUTH STAR, INC., D/B/A** ) | |
| **TRUCKING MELAKU DEMIS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In accordance with the parties' joint stipulation of dismissal, doc. 15, this case is **DISMISSED WITH PREJUDICE**. Costs taxed as paid.

**DONE** the 27th day of July, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE